D. B. NORTH v. T. P. LEATHERS.

Where there is not in the transcript of appeal either a final judgment, signed by the judge, or such interlocutory judgment as may work irreparable injury, the appeal will be dismissed at the costs of the appellant.

APPEAL from the Fifth District Court of New Orleans, *Eggleston*, J. *L. Madison Day* for plaintiff. *Roselius & Philips* for defendant and appellant.

ILSLEY, J. The district judge granted an appeal to defendant.

There is not in the transcript of appeal, either a final judgment, signed by the judge, or such interlocutory judgment as may work irreparable injury.

From such judgments only does the law grant the right of appeal. See Code of Practice, Arts. 546, 565 and 566; 7 La. Rep. 513.

Appeal rejected and dismissed, at the cost of appellant.

HOWELL and JONES, J.J., absent.